IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **MARYANN FIGLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 1:11-cv-0703-WPL |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the** | ) |
| **Social Security Administration,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Agreed Motion To Reverse and Remand to the Commissioner for further administrative proceedings before an Administrative Law Judge (Doc. 19). Upon examination of the merits, it is hereby ORDERED, ADJUDGED AND DECREED that this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the ALJ will re-evaluate the opinion of Dr. Nels Dahlgren in accordance with 20 C.F.R. § 404.1527 and/or Social Security Rulings (SSRs) 96-2p and 96-5p. In doing so, the ALJ will provide specific reasons for accepting or rejecting his opinion, and state the weight given to the opinion. Additionally, the ALJ will re-evaluate Plaintiff's mental impairments pursuant to 20 C.F.R. § 404.1520a, relating the degree of functional loss in the four areas of functioning, and discussing the evidence considered to determine the rating of severity. The ALJ will also re-evaluate Plaintiff's residual functional capacity (RFC) based on all the relevant

evidence.  Lastly, the ALJ will obtain assistance from a vocational expert (VE) to clarify the effect of Plaintiff's assessed limitations on the occupational base.

       IT IS SO ORDERED.

                                          William P. Lynch
                                          United States Magistrate Judge

Submitted and approved by:

*Electronically submitted 5/3/12*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 5/3/12*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff